THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MIA TUCKER | § | |
| | § | |
| v. | § | CIVIL NO. 4:26-CV-00121-SDJ-BD |
| | § | |
| KEVIN MCCLANAHAN | § | |
| | § | |
| | § | |

### MEMORANDUM ADOPTING THE REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 6, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #4), that the Complaint be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Complaint, (Dkt. #1), is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may, within 14 days of this order, file an amended complaint. If she fails to do so, the Complaint will be dismissed with prejudice.

**So ORDERED and SIGNED this 2nd day of April, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE